U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 07CR50072

UNITED STATES OF AMERICA
   V.
MITCHEL A. FUCHS
FRANK G. ANAST
JESSICA L. GIBSON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JESSICA L. GIBSON, Defendant.

FILED
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Brent D. Blair | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Brent D. Blair | |
| FIRM | |
| Martenson, Blair, & Raridon, P.C. | |
| STREET ADDRESS | |
| 111 North Court Place, Suite 404 | |
| CITY/STATE/ZIP | |
| Rockford, IL 61101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARDC# 6204775 | 815-962-3427 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ | |