UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No.  **07  CR 50072-03** |
| | ) | Judge Frederick J. Kapala |
| **JESSICA L. GIBSON** | ) | Magistrate Judge Mahoney |

## MOTION FOR EXTENSION OF TIME

**NOW COMES** the Defendant, JESSICA L. GIBSON, by and through her attorneys, MARTENSON, BLAIR & RARIDON, P.C., by Attorney Brent D. Blair, and as her Motion to Extend the time required for her to file pre-trial motions, states as follows:

1. That she is the Defendant in the above caption cause having been indicted herein on or about December 18, 2007.

2. That on or about December 21, 2007, the Defendant was granted until February 20, 2008 to file pre-trial motions. (A copy of said minute order is attached hereto as Exhibit A.)

3. That on or about January 4, 2008, Attorney for the Defendant met with Assistant United State Attorney Verseman (AUSA Verseman) to discuss pre-trial discovery issues pursuant to Rule 16.1.

4. At the above referenced meeting, the Attorney for Defendant received two (2) CD Rom discs, which discs contained a substantial amount of documentation related to the above captioned cause.

5. That the above referenced CD Rom discs are believed to contain approximately 16,000 pages of discovery information.

6. That on or about January 12, 2008, the Attorney for Defendant received additional information from AUSA Verseman, said information being provided on a third CD Rom disc.

7. That the Defendant requires additional time to review and consider the documentation provided by the government.

**WHEREFORE**, the Defendant, JESSICA L. GIBSON, respectfully moves this Honorable Court for entry of an order as follows:

A. For extension of her time to file any pre-trial motions in the above captioned cause; and

B. For such other and further relief as justice demands.

Respectfully submitted,

JESSICA L. GIBSON,


By _____
Brent D. Blair #6204775
Attorney for the Defendant


**PREPARED BY:**
MARTENSON, BLAIR & RARIDON, P.C.
One Court Place, Suite 404
Rockford, IL 61101
(815) 962-3427