UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. **07 CR 50072-03** |
| | ) | Judge Frederick J. Kapala |
| **JESSICA L. GIBSON** | ) | Magistrate Judge Mahoney |

### ORDER

**THIS MATTER** coming on for hearing on the Defendant, JESSICA L. GIBSON's, Motion for Extension of Time to File Pre-trial motions, Defendant appearing by her Attorney, Brent D. Blair, and the United States appearing by Assistant United States Attorney Scott A. Verseman, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED AS FOLLOWS**:

A. That the Defendant's Motion is hereby granted and the Defendant, JESSICA L. GIBSON, is given until _____, 2008 to file her pre-trial motions herein.

B. That pursuant to the United State's oral motion, the time period from February 20, 2008 to and until _____, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E);

C. Status hearing is scheduled for _____, 2008, at _____ PM./AM.

Entered:_____

_____

Judge P. Michael Mahoney