UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. **07 CR 50072-03** |
| | ) | Judge Frederick J. Kapala |
| **JESSICA L. GIBSON** | ) | Magistrate Judge Mahoney |

**ATTORNEYS**
**<u>NOTICE OF HEARING</u>**

TO: Scott A. Verseman
Assistant United States Attorney
308 West State Street, Suite 300
Rockford, IL 61101

**YOU ARE HEREBY NOTIFIED** that on the 2OTH day of _FEBRUARY_, 2008, at the hour of _11:00_ A.M., the movant herein shall appear before the Honorable Magistrate Judge Mahoney, and then and there present MOTION FOR EXTENSION OF TIME, a copy of which is provided herewith, at which time you may appear and be heard is you so desire.

By:_____
    BRENT D. BLAIR

**PREPARED BY:**

MARTENSON, BLAIR & RARIDON, P.C.
ONE COURT PLACE, SUITE 404
ROCKFORD, IL 61101
(815) 962 3427

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon:

TO:  Scott A. Verseman
     Assistant United States Attorney
     308 West State Street, Suite 300
     Rockford, IL 61101

by enclosing an accurate copy of the same in a sealed envelope addressed as such, and hand delivering the same on the ___ day of _____, 200__.

_____

Signed and Sworn before me on the
____ day of _____, 200__.

_____
     Notary Public

MARTENSON, BLAIR & RARIDON, P.C.
ONE COURT PLACE, SUITE 404
ROCKFORD, IL 61101
(815) 962 3427