Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50072 - 3 | **DATE** | 2/20/2008 |
| **CASE TITLE** | USA vs. JESSICA GIBSON | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's motion for an extension of time to April 2, 2008 to file pretrial motions is granted.  USA's oral motion for the time of February 20, 2008 to and including April 2, 2008  to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for April 2, 2008 at 11:00 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|