**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Western Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 3:07−cr−50072
                                                          Honorable Frederick J. Kapala

Mitchel A Fuchs, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney as to Jessica Gibson: Pursuant to request of counsel, Status hearing reset for 4/1/2008 at 10:45 AM. Mailed notice (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.