UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Western Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                      Case No.: 3:07−cr−50072
                                        Honorable Frederick J. Kapala

Mitchel A Fuchs, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 28, 2008:

        MINUTE entry before Judge Honorable Frederick J. Kapala as to Jessica L Gibson: Status hearing held. Change of plea hearing reset for 9:00 a.m. on May 9, 2008. Defendant's oral motion for extension of time to May 9, 2008 to file pretrial motions is granted. Government's oral motion for excludable time from April 18, 2008 through and including May 9, 2008 pursuant to 18 USC 3161(h)(1) is granted. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.