UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 07 CR 50072-03 |
| | ) | Judge Frederick J. Kapala |
| JESSICA L. GIBSON | ) | |

**AGREED MOTION TO MOVE SENTENCING HEARING**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully submits this "Agreed Motion To Move Sentencing Hearing." In support of this motion, the United States states as follows:

1. The sentencing hearing for defendant Jessica L. Gibson is currently set for Friday, August 22, 2008, at 2:30 p.m.

2. The defendant has agreed to cooperate with the United States in the prosecution of her co-defendants. The United States currently anticipates that defendant will be called to testify at the trial of United States v. Mitchell A. Fuchs, 07 CR 50072-01 (USDC ND IL WD).

3. In the written plea agreement entered on May 9, 2008, the United States promised to make known to this court the extent of defendant's cooperation. Assuming defendant's truthful cooperation, the United States will move that this court depart downward, pursuant to Sentencing Guideline 5K1.1. It is the position of both the United States and the defendant that this court should take into account the extent of defendant's cooperation in deciding whether to accept the downward departure.

4. The trial of United States v. Mitchell A. Fuchs, 07 CR 50072-01 (USDC ND IL WD) has now been set to begin on October 27, 2008. The trial is scheduled to last two weeks.

     5.     Because defendant Gibson has not yet had an opportunity to provide testimony in United States v. Mitchell A. Fuchs, 07 CR 50072-01 (USDC ND IL WD), the United States is not in a position to advise this Court of the extent of his cooperation.

     6.     In a telephone call during the week of August 11th, defendant Gibson's counsel, Brent Blair, Esq., stated that he has no objection to this motion.

     7.     Because this motion is submitted upon stipulation, notice of presentment is not required. Local Rule 5.3(a).

WHEREFORE, for the reasons stated above, the United States respectfully requests that this Court enter an order moving defendant Gibson's sentencing hearing to a date after the trial of United States v. Mitchell A. Fuchs, 07 CR 50072-01 (USDC ND IL WD).

          Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney

     By:    /Scott A. Verseman
          SCOTT A. VERSEMAN
          Assistant United States Attorney
          308 West State Street - Room 300
          Rockford, Illinois 61101
          815-987-4444

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document: "Agreed Motion to Move Sentencing Hearing" was served on August 18, 2008, pursuant to the district court's ECF system as to ECF filers, and was hand-delivered to: United States Probation Officer Tina M. Cacciatore, 211 South Court Street, Rockford, Illinois 61101.

    /Scott A. Verseman  
SCOTT A. VERSEMAN  
Assistant United States Attorney  
308 West State Street – Room 300  
Rockford, Illinois 61101  
815-987-4444