UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 3:07−cr−50072
　　　　　　　　　　　　　　　　　Honorable Frederick J. Kapala

Mitchel A Fuchs, et al.
　　　　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

　　　MINUTE entry before the Honorable Frederick J. Kapala as to Jessica L Gibson:Sentencing hearing set for 11:00 a.m. on November 14, 2008. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.